**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NOS. |
| | ) | |
| | ) | 24-CR-9; A. HALL |
| | ) | 25-CR-21; WORTHEN |
| IN RE: LEAVE OF ABSENCE REQUEST | ) | 25-CR-62; FRYAR |
| J. PETE THEODOCION | ) | 25-CR-67; COLEMAN |
| | ) | 26-CR-20; BAXLEY |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW J. Pete Theodocion, counsel of record in the above-referenced cases, and respectfully moves this Court to grant him leave of Court for personal travel during the periods of July 3, 2026 through July 14, 2026; July 22 through July 26, 2026;  August 3, 2026 through August 7, 2026; and December 14, 2026 through December 31, 2026.

WHEREFORE, the undersigned respectfully requests that this Honorable Court GRANT his motion for Leave of Absence during the above-stated dates.

This 6th day of May, 2026.

/s/ J. Pete Theodocion

_____
J. Pete Theodocion
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999

**CERTIFICATE OF SERVICE**

This is to certify that on this date I have served a copy of the within and foregoing Motion for Leave of Court upon all parties by filing with the Courts CM/ECF system according to Court rules.

This 6th day of May, 2026.

/s/ J. Pete Theodocion

_____

J. Pete Theodocion
Attorney for Defendant

Law Offices of J. Pete Theodocion
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999