UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND STATESBORO DIVISIONS

IN RE:  ) Case Nos.  CR624-009, USA v. Hall
OF ABSENCE REQUEST  )  CR625-021, USA v. Worthen
  )  CR125-062, USA v. Fryar
  )  CR125-067, USA v. Coleman
J. PETE THEODOCION  )  CR126-020, USA v. Baxley

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**J. Pete Theodocion** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT J. Pete Theodocion** be granted leave of absence for the following period:  July 3, 2026 through July 14, 2026; July 22, 2026 through July 26, 2026; August 3, 2026 through August 7, 2026; and December 14, 2026 through December 31, 2026.

**SO ORDERED**, this _____ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA