**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CR-00062-JRH** |
| | ) | |
| **JOSEPH FRYAR** | ) | |

---

**ENTRY OF APPEARANCE OF HOLLY A. PIERSON FOR DEFENDANT JOSEPH FRYAR**

Holly A. Pierson of Pierson Law LLC hereby gives notice of her entry of appearance as retained counsel of record for Defendant Joseph Fryar in the above-captioned criminal action. Ms. Pierson is a member in good standing of the bar of this Court.

Respectfully submitted this 30th day of September, 2026.

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655
**Pierson Law LLC**
1150 Spring Street NW, Suite 800
Atlanta, GA 30309
**hpierson@piersonlawllc.com**
(404) 353-2316

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CR-00062-JRH** |
| | ) | |
| **JOSEPH FRYAR** | ) | |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, I electronically filed the foregoing ENTRY OF APPEARANCE OF HOLLY A. PIERSON FOR DEFENDANT JOSEPH FRYAR with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record, including counsel for the United States and counsel for all co-defendants.

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655