**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CR-00062-JRH** |
| | ) | |
| **JOSEPH FRYAR** | ) | |

---

**MOTION TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS**

COMES NOW the above-named Defendant, Joseph Fryar, by and through undersigned counsel, and moves this Court to enter an Order continuing the deadline for pretrial motions. In support thereof, Defendant shows as follows:

1. Undersigned counsel, Holly A. Pierson, was retained to represent Defendant Joseph Fryar on September 30, 2026, and has this day filed her Entry of Appearance as counsel of record for Mr. Fryar. Mr. Fryar's prior counsel, James Pete Theodocion, will be filing his motion to withdraw as counsel imminently.

2. Pretrial motions are currently due on or before September 30, 2026.

3. Because undersigned counsel was retained only today, she has not yet received the discovery in this matter, which is represented to be voluminous. Counsel requires additional time to obtain and review the discovery, to consult with Mr. Theodocion and Mr. Fryar, and to prepare and file any pretrial motions on Mr. Fryar's behalf.

4. Co-defendant Dennis Nostrant has likewise moved this Court to continue the same pretrial motions deadline. [Doc. 234.]

5. The requested continuance will not significantly delay the proceedings. This case has been designated complex, and no trial date has been set.

6. Mr. Fryar requests that the Court grant this motion and enter an Order allowing sixty (60) days from September 30, 2026, in which to file pretrial motions.

7. Counsel for the Government objects to this motion.

WHEREFORE, based upon the within and foregoing, Defendant respectfully requests that this Motion to Continue Deadline for Pretrial Motions be granted, and that the Court exclude the resulting period of delay from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 30th day of September, 2026.

Respectfully submitted,

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655
**Pierson Law LLC**
1150 Spring Street NW, Suite 800
Atlanta, GA 30309
**hpierson@piersonlawllc.com**
(404) 353-2316

*Counsel for Defendant Joseph Fryar*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CR-00062-JRH** |
| | ) | |
| **JOSEPH FRYAR** | ) | |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, I electronically filed the foregoing **MOTION TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS** with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record, including counsel for the United States and counsel for all co-defendants.

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655