**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CR-00062-JRH** |
| | ) | |
| **JOSEPH FRYAR** | ) | |

---

## ORDER

This matter is before the Court on Defendant Joseph Fryar's Motion to Continue Deadline for Pretrial Motions. Having considered the Motion, the Court finds as follows:

Holly A. Pierson was retained as counsel of record for Defendant Joseph Fryar on September 30, 2026, replacing his prior counsel, and has not yet received the discovery in this matter. Pretrial motions are presently due on or before September 30, 2026. New counsel requires additional time to obtain and review the discovery and to prepare and file any pretrial motions on Defendant's behalf. This case has previously been designated complex.

The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that due to the number of defendants and the nature of the

prosecution, it is unreasonable to expect adequate preparation of pretrial motions within the existing deadline, particularly in light of the volume of discovery that newly retained counsel must obtain and review.

Accordingly, the Motion is **GRANTED**. It is hereby **ORDERED** that the deadline for Defendant Joseph Fryar to file pretrial motions is extended by sixty (60) days, up to and including November 30, 2026.

It is **FURTHER ORDERED** that the period of delay from September 30, 2026, through and including November 30, 2026, is excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED** this ______ day of October, 2026.

______________________________
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE