IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:25CR-62 |
| | ) | |
| JOSEPH FRYAR, | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW**

Comes now the undersigned and presents to the Court the following:

1. The Defendant has terminated the services of undersigned counsel.
2. The Defendant has hired new counsel, the Honorable Holly A. Pierson, Esq., and she has filed an entry of appearance on behalf of Defendant.
3. The undersigned moves to be relieved of all duties as counsel for the Defendant.

So moved, this 13th day of October, 2026.

/s/ J. Pete Theodocion

J. Pete Theodocion
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999

**CERTIFICATE OF SERVICE**

This is to certify that on this date I have served a copy of the within and foregoing Motion to Withdraw upon all interested parties using the Court's CM/ECF system and according to Court rules.

This 13th day of October, 2026.

/s/ J. Pete Theodocion

J. Pete Theodocion
Attorney for Defendant

Law Offices of J. Pete Theodocion
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999