IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. |
| | ) | 25-CR-62 |
| JOSEPH FRYAR, | ) | |
| Defendant | ) | |

**ORDER**

This matter is before the Court on Counsel J. Pete Theodocion's Motion to Withdraw as Attorney for Defendant Joseph Fryar. After careful consideration and for good cause shown, Defendant's Motion to Withdraw is GRANTED and Mr. Theodocion is relieved of his duties in this case.

This ____ day of October, 2026.

HONORABLE J. RANDAL HALL
DISTRICT JUDGE