**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | | |
|---|---|---|---|
| JOSEPH FRYAR, | * | | |
| Petitioner, | * | | |
| v. | * | CR 125-062 | |
| UNITED STATES OF AMERICA, | * | | |
| Respondent. | * | | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OCT 19 2026
FILED

**O R D E R**

Before the Court is Mr. J. Pete Theodocion's Motion to Withdraw. (Doc. 253.) Mr. Theodocion states that Defendant has terminated his services, hired new counsel in the form of Ms. Holly A. Pierson, and that Ms. Pierson has filed an entry of appearance on behalf of Defendant. (Id.; see also doc. 237.) After careful consideration and for good cause shown, the motion is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate Mr. Theodocion as attorney of record for Defendant.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA