**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 1:25-CR-62-3** |
| **v.** | ) | |
| | ) | |
| **Joseph Fryar** | ) | |

# DEFENDANT JOSEPH FRYAR'S OMNIBUS MOTION TO ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS

Defendant Joseph T. Fryar, pursuant to Federal Rule of Criminal Procedure 12 and Local Criminal Rule 12, respectfully moves to adopt the pretrial motions of his co-defendants identified below, to the extent the arguments and relief requested in each apply to Mr. Fryar. Mr. Fryar is charged only in Counts One through Three of the Indictment in this case (ECF Doc. 3), which are the bank-fraud conspiracy and two substantive bank-fraud counts. He adopts each identified motion as though fully set forth herein and joins in the relief it seeks to the extent that relief protects his rights as a defendant in those counts. The motions, which are of record on the Court's docket, are identified by title, movant, and docket number so that the specific grounds adopted are clear.

## I. MOTIONS ADOPTED IN FULL

Mr. Fryar adopts the following motions in full, because the grounds and relief they advance apply with equal force to him:

- **Defendant David Reip's Motion to Strike Surplusage and Incorporated Memorandum of Law [Doc. 225]**, and the following related motions to strike the Indictment's introductory allegations, to the extent those allegations are incorporated by reference into Counts One through Three against Fryar: **Defendant Marcus Labat's Motion to Strike Surplusage [Doc. 224]**; **Defendant Anthony Oloans's Motion to Strike Surplusage from the Indictment [Doc. 230]**; **Defendant Gerard Robertson's Motion to Strike Prejudicial Surplusage [Doc. 236]**; and **Defendant Omar Garcia's Motion to Strike Surplusage [Doc. 241]**. Fryar, like Reip, is charged in the bank-fraud counts, into which the inflammatory religious, "cult-control," identity-theft, and abuse allegations are incorporated; those allegations are immaterial to the bank-fraud charges against him and unfairly prejudicial.
- **Defendant Anthony Oloans's Motion to Reveal the Deal [Doc. 229]**. The disclosure of any cooperation agreements, immunity, or inducements extended to witnesses or co-defendants under *Brady* and *Giglio* bears directly on Fryar's ability to confront and cross-examine the Government's witnesses on the bank-fraud counts.
- **Defendant Marcus Labat's Motion for a *James* Hearing, or in the Alternative, Disclosure of All Statements the Government Intends to**

**Introduce Pursuant to Fed. R. Evid. 801(d)(2)(E) [Doc. 223]**. Mr. Fryar is charged in the Count One bank-fraud conspiracy, and the Government may seek to introduce co-conspirator statements against him; he is entitled to pretrial identification of those statements and a determination of their admissibility as to the conspiracy charged against him.

- **Defendant Anthony Oloans's Motion for a Bill of Particulars [Doc. 233]** and **Defendant Marcus Labat's Motion for a Bill of Particulars to Identify Co-Conspirators [Doc. 222]**, to the extent they seek particularization of the bank-fraud conspiracy and the identity of the co-conspirators alleged in Count One, in which Fryar is charged.

## II. MOTIONS ADOPTED TO THE EXTENT APPLICABLE TO FRYAR

- **Defendant Anthony Oloans's Motion in Limine as to Marjorie Denis [Doc. 231]**, to the extent the Government intends to offer against Mr. Fryar any statement, testimony, or evidence derived from Marjorie Denis, who is now deceased and unavailable for cross-examination, in connection with the bank-fraud counts.

- **Defendant Anthony Oloans's Motion for Severance [Doc. 228]** and **Defendant Omar Garcia's Motion to Sever Defendants [Doc. 240]**, to the extent their arguments concerning misjoinder under Rule 8(b) and prejudicial joinder under Rule 14(a) support the severance of Fryar's trial.

These grounds are set forth more fully in Mr. Fryar's own Motion to Sever, which this adoption supplements and does not supplant.

- **Defendant Marcus Labat's Motion for Additional Peremptory Challenges [Doc. 221]**; **Defendant David Reip's Motion for Additional Peremptory Challenges [Doc. 226]**; and **Defendant Gerard Robertson's Motion Requesting Additional Peremptory Challenges [Doc. 235]**. In the event Fryar is tried jointly, he joins the request for additional peremptory challenges to protect his right to an impartial jury in a complex, multi-defendant trial.
- **Defendant Anthony Oloans's Motion to Dismiss Indictment [Doc. 239]**, solely as to the grounds that apply generally to all defendants charged in Counts One through Three — including the statute of limitations, duplicity, multiplicity, and improper joinder of defendants — and not as to any ground particular to a co-defendant. To the extent any adopted ground requires a factual showing particular to Fryar, Fryar will supplement this adoption with particularized support.

## III. CONCLUSION

For the foregoing reasons, Mr. Fryar respectfully requests that the Court permit him to adopt the identified motions of his co-defendants to the extent set

forth above, and grant him the relief requested in each as it applies to the charges against him.

Respectfully submitted this the 30th day of October, 2026.

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655
**Pierson Law LLC**
1150 Spring Street NW, Suite 800
Atlanta, GA 30309
404.353.2316
hpierson@piersonlawllc.com

*Counsel for Defendant Joseph Fryar*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 1:25-CR-62-3** |
| **v.** | ) | |
| | ) | |
| **Joseph Fryar** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing Omnibus Motion to Adopt Co-Defendants' Pre-Trial Motions with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*<u>/s/ Holly A. Pierson</u>*
Holly A. Pierson
Georgia Bar No. 579655
**Pierson Law LLC**
1150 Spring Street NW, Suite 800
Atlanta, GA 30309
404.353.2316
hpierson@piersonlawllc.com

*Counsel for Defendant Joseph Fryar*